**METRO HEALTH PROF'LS, INC., Appellant,**

v.

**CHRYSLER, LLC, Appellee.**

No. 06A04–0809–CV–547.

Court of Appeals of Indiana.

Oct. 1, 2009.

### ORDER

The Appellee, by counsel, has filed a Status Report and a Notice Regarding Treatment of Lemon Law Claims in Connection with Chrysler, LLC Bankruptcy Cases and Sale of Assets to Chrysler Group, LLC. The Appellant, by counsel, has filed a Verified Motion to Substitute Chrysler Group, LLC for Chrysler, LLC. The parties, by respective counsel, have

also filed a Joint Stipulation of Substitution and Joint Stipulation for Dismissal With Prejudice.

Having reviewed the matter, the Court FINDS AND ORDERS AS FOLLOWS:

1. The Parties' Joint Stipulation for Dismissal With Prejudice is GRANTED and this appeal is DISMISSED WITH PREJUDICE.

2. All other remaining motions are MOOT.